# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00530-CV

**Terry Christopher Bounds and Diana Bounds, Appellants**

**v.**

**Bounds and Pinto Marketing, Inc. d/b/a Canyon Lake Visitors Bureau and
f/k/a/ PBC Marketing Company; Austrends, Inc.; and Randy Osherow,
Trustee of the Chapter 7 Bankruptcy Estate of Terry Christopher Bounds, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-13-002131, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We withdraw our opinion dated December 5, 2013, abating this appeal. The appeal is reinstated. We will, however, grant appellants an extension of time to file their brief until January 13, 2014.

It is so ordered December 12, 2013.

Before Chief Justice Jones, Justices Pemberton and Goodwin